UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THE TRAVELERS
INDEMNITY COMPANY,

       Plaintiff,

v.

                                                    Civil Action No. 2:08-cv-02649

W.M. BARR & COMPANY, INC.,
*et al.*,

       Defendants.

## ORDER OF DISMISSAL

       On March 6, 2013, the parties in this action filed a Joint Motion of Vacatur pursuant to Fed. R. Civ. P. 54(b) asking the Court to vacate three orders previously entered granting partial summary judgment. (DE 361, DE 369, and DE 377)  The motion was granted.  In said motion, the parties confirmed a settlement had been reached.  As such, the Court orders this case dismissed with prejudice.

       It is so ORDERED on this 8th day of March, 2013.

                                              *s/John T. Fowlkes, Jr.*
                                              JOHN T. FOWLKES, JR.
                                              UNITED STATES DISTRICT COURT